1  JEREMY J. THOMPSON
   Nevada Bar No. 12503
2  CLARK HILL PLLC
3  3800 Howard Hughes Parkway, Suite 500
   Las Vegas, NV 89169
4  Tel: (702) 862-8300
   Fax: (702) 862-8400
5  Email: jthompson@clarkhill.com
   *Attorney for Defendant*
6  *Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| OSCAR M. CORDOVA-MUNIZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>EDFINANCIAL SERVICES, LLC, a Domestic Limited-Liability Company, EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation, TRANSUNION, LLC, a Foreign Limited-Liability Company, EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company,<br><br>Defendants. | **Case No. 2:19-cv-00149-RFB-GWF**<br><br>**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from February 19, 2019 through and including **March 12, 2019**. Plaintiff and Equifax are actively engaged in settlement discussions. The additional time to respond to the Complaint will facilitate settlement discussions. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted this 20th day of February, 2019.

        CLARK HILL PLLC

        By: /s/ Jeremy J. Thompson
        Jeremy J. Thompson
        Nevada Bar No. 12503
        3800 Howard Hughes Pkwy, Suite 500
        Las Vegas, NV 89169
        Tel: (702) 862-8300
        Fax: (702) 862-8400
        Email: jthompson@clarkhill.com

        *Attorneys for Defendant Equifax Information Services LLC*

        ***No opposition***

        /s/ Erik W. Fox, Esq.
        Jamie S. Cogburn, Esq.
        Nevada Bar No. 8409
        Erik W. Fox, Esq.
        Nevada Bar No. 8804
        COGBURN LAW OFFICES
        2508 St. Rose Parkway, Suite 330
        Henderson, NV 89074
        Phone: (702) 748-7777
        FAX: (702) 966-3880
        Email: jsc@cogburnlaw.com
        Email: efox@cogburnlaw.com

        *Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: __2/21/2019_____