UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| OSCAR M. CORDOVA-MUNIZ,<br><br>Plaintiff,<br><br>v.<br><br>EDFINANCIAL SERVICES, LLC, *et al.*,<br><br>Defendants. | Case No. 2:19-cv-00149-RFB-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Motion for Extension of Time (ECF No. 18), filed on March 14, 2019.

Plaintiff represents that he and Defendant EdFinancial Services, LLC ("EdFinancial") have agreed to extend the deadline for Defendant EdFinancial to answer or otherwise respond to March 28, 2019. Defendant EdFinancial's counsel, however, has not signed the parties' stipulation. The Court, therefore, treats such filing as an unopposed motion to extend time for Defendant EdFinancial to file its response to Plaintiff's complaint. The Court finds good cause to grant Plaintiff's motion. Defendant EdFinancial shall file its answer or otherwise respond no later than March 28, 2019. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Time (ECF No. 18) is **granted**.

Dated this 21st day of March, 2019.

*George Foley Jr.*
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE