COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OSCAR M. CORDOVA-MUNIZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>EDFINANCIAL SERVICES, LLC, a Domestic Limited-Liability Company, EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation, TRANS UNION LLC, a Foreign Limited-Liability Company, EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company,<br><br>Defendants. | Case Number<br>2:19-cv-00149-RFB-EJY<br><br>**JOINT MOTION DISMISSING ACTION WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC ONLY** |

Plaintiff, Oscar M. Cordova-Muniz ("Plaintiff") and Defendant, Equifax Information Services LLC, by and through their respective attorneys of record, request that the above-captioned

. . .

. . .

. . .

matter be dismissed with prejudice as to Equifax Information Services LLC only, pursuant to FRCP 41(a)(2). Each party shall bear its own attorney fees and costs incurred herein.

Dated this 9th day of December, 2019.    Dated this 9th day of December, 2019.

**COGBURN LAW**    **CLARK HILL PLLC**

By: */s/Erik W. Fox*    By: */s/Jeremy J. Thompson*
Name: Jamie S. Cogburn, Esq.    Name: Jeremy J. Thompson, Esq.
Nevada Bar No. 8409    Nevada Bar No. 12503
Erik W. Fox, Esq.    3800 Howard Hughes Parkway,
Nevada Bar No. 8804    Suite 500
2580 St. Rose Parkway, Suite 330    Las Vegas, NV 89169
Henderson, Nevada 89074    *Attorneys for Equifax Information*
*Attorneys for Plaintiff*    *Services LLC*

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

June 26, 2020
DATE